June 6, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DEVANTE SHELBY CASTLE, Appellant

NO. 14-12-00132-CR                           V.
NO. 14-12-00133-CR

THE STATE OF TEXAS, Appellee
_____

These causes were heard on the transcript of the record of the court below. We have inspected the record and find there was no error in the portion of the judgments finding guilt but there was error in the punishment phase of the trial.

These causes are therefore **REVERSED** and **REMANDED** for a new trial as to punishment. The trial court shall commence the new trial as if findings of guilt had been returned and proceed to the punishment stage of the trial. We **AFFIRM** the remainder of the judgments.

We further order this decision certified below for observance.